258

Alvin WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 73882.

Missouri Court of Appeals,
Eastern District,
Division One.

April 13, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 20, 1999.

Application to Transfer Denied
June 29, 1999.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael P. Barry, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Movant, Alvin Washington appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. A opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).